IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2013 JUL 23 P 12:23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James Owens
_____
PLAINTIFF

v.                                                CASE ACTION NO.: 2:13-CV-526-MHT-WC

~~Montgomery County Board of Education~~ &
Barbara Thompson, et al.                          JURY DEMAND (MARK ONE)
DEFENDANT  see attachment to #7               ☑ YES      ☐ NO

# EEOC COMPLAINT

1. Plaintiff resides at ___5737 Hyde Park Dr., Montgomery, AL 36117___

2. Defendant(s)' names(s) ___307 South Decatur Street, Montgomery, AL 36102___

   Location of principal office(s) of the named defendant(s) ___307 South Decatur Street, Montgomery, AL 36102___

   Nature of defendant(s)' business ___Education___

   Approximate number of individuals employed by defendant(s) ___3,000___

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5 (g).

4. The acts complained of in this suit concern:

   21. ___ Failure to employ me.
   22. ___ Termination of my employment.
   23. ___ Failure to promote me.
   24. ✓ Other acts as specified below: __retaliation, age and workplace issues covered by the Civil Rights Act of 1964.__

5. Plaintiff is:
   A. ✓ Presently employed by the defendant.
   ___ Not presently employed by the defendant. The dates of employment were _____ Employment was terminated because:

   (1) ___ Plaintiff was discharged.
   (2) ___ Plaintiff was laid off.
   (3) ___ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ___ My race.
   B. ___ My religion.
   C. ___ My sex.
   D. ✓ My national origin.
   E. ✓ Other, as specified below: retaliation, age and workplace issues that are expressly prohibited by the Civil Rights Act of 1964.

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _____
   See attached _____

8. The alleged discrimination occurred on or about  1/2/13 - Present  .

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows: The Montgomery County Board of Education and its agents have used retaliatory methods to deprive, delay, and annoy the fifty-nine year old employee. The complainant is a twenty-eight year educator that was awarded a new three-year contract that the board and its agents have failed or refused to allow to work without retaliation measures. The measures include, but not limited to the following: rewriting section 16-24B-4 of the Alabama Teacher Accountability Act, micro-management, denied transfer to a more desirable position and denial of training opportunities. The Fourteenth Amendment-U.S. Constitution, Sec. 1 states "All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or, property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws".

10. The alleged illegal activity took place at  321 Early Street
    301 So. Decatur Street
    116 Federal Drive
    all of the addresses are located in Montgomery, Alabama

11. I filed charges with the Equal Employment Opportunity Commission regarding defendants'(s)' alleged discriminatory conduct on or about ___10/17/12_____.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on _4/26/13_____.

12. I seek the following relief:

    A.   __Recovery of back pay.
    B.   ✓ Reinstatement to my former job, and <u>any other relief</u> as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: ___7/23/13___            _____
                                                                  Signature of Plaintiff

                                                 5737 Hyde Park Drive
                                                 Montgomery, AL 36117
                                                 (334) 221-0663
                                                 Address & Telephone Number of Plaintiff

#7

| Name | Sex | Race | Position/Title |
|---|---|---|---|
| Heather Sellers | F | W | Board Member |
| Eleanor Dawkins | F | B | Board Member |
| Melissa Snowden | F | B | Board Member |
| Beverly Ross | F | B | Board Member |
| Mary Briers | F | B | Board Member |
| Robert Porterfield | M | B | Board Member |
| W. Durden Dean | M | W | Board Member |
| Veverly Arrington | F | W | Board Member |
| Donald Dotson | M | B | Assistant Superintendent |
| Vickie Holloway | F | B | Interim Asst. Superintendent |
| Ann Sippial | F | B | Personnel |
| Kim Pitts | F | B | Personnel |
| Barbara Thompson | F | B | Superintendent |
| Sophia Johnson | F | B | Student Services off. |
| Ron Glover | M | W | Assistant Superintendent |