```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602027853
Cashier ID: khaynes
Transaction Date: 07/23/2013
Payer Name: JAMES OWENS
------------------------------------
CIVIL FILING FEE
 For: JAMES OWENS
 Case/Party: D-ALM-2-13-CV-000526-001
 Amount:        $400.00
------------------------------------
CASH
 Amt Tendered: $400.00
------------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00
```

2:13-CV-526-MHT-WC

OWENS V. BARBARA THOMPSON ET AL