IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES OWENS,                    )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )      2:13cv526-MHT
                                )
BARBARA THOMPSON, et al.,       )
                                )
     Defendants.                )
```

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff's motion for reconsideration (doc. no. 24) is denied.

(2) The magistrate judge's recommendation (doc. no. 23) is adopted.

(3) Plaintiff's motion for default judgment (doc. no. 22) is denied.

(4) This cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 10th day of September, 2013.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**