

Attachment #1

# No proration for education, but some serious sleight of hand (Press-Register editorial)

Published: Thursday, July 05, 2012, 5:54 AM

 By Press-Register Editorial Board

IT SAYS something about Alabama state government finances when the good news is that there's no proration in education this fiscal year.

State officials and legislators who keep an eye on the money say income tax and sales tax collections have risen enough to cover the education budget through Sept. 30, according to The Birmingham News.

Income tax collections are up 10.9 percent and sales taxes are up 3.3 percent, among other positive numbers.

A fiscal year without the disruption caused by abrupt announcements of across-the-board percentage cuts in the education budget will be a welcome relief to public school districts. Some districts have reserve funds and can deal with a sudden shortfall, but many can't.

Let's hope the rising revenues indicate an improvement in the economy and more jobs all around.

The Education Trust Fund has historically risen and fallen with economic trends. That's why the rolling reserve act passed in 2011 made such good fiscal sense. Rather than basing next year's budget on this year's revenue, the act would have capped education spending based in part on the average growth in trust fund revenue over the previous 15 years.

Unfortunately, legislators promptly found a way around it. In the most recent session, legislators raided the Education Trust Fund for an extra $40 million, by putting it in reserve to be spent during the fiscal year beginning Oct. 1.

That way, they said, the money won't come from the Education Trust Fund but from the reserve fund, and technically they'll stay under the spending cap.

It's a trick worthy of legislators of the past, and should make the public wonder just how fiscally responsible the rolling reserve act is.