| SECTION: FACILITY EXPANSION PROGRAM | CODE: FL | ISSUE DATE 5/25/89 |
|---|---|---|
| DESCRIPTOR TERM: Closing of Facilities | RESCINDS: | ISSUED: |

As population matures or changes, certain school buildings or other facilities may no longer be needed. When a school or other facility is to be closed, the Board will provide an opportunity for comments and recommendations from citizens, Board members and school personnel.

Whenever a school or other facility is closed, items of historic and sentimental value will need to be appropriately distributed. Memorabillia determined by the superintendent or a designee to be of significant value will remain in the public domain. Pictures, plaques, and other memorabillia not related to students will remain in the building as long as it is used by the school system. If the facility is sold or razed, items may be selected for display in the central administrative building or other school facilities or schools. Student-related memorabillia will be distributed in a manner approved by the superintendent. Memorabillia will not be auctioned off or given to individuals.

Attachment #2