*Attachment #3*

## CHAPTER 24B

## TEACHER ACCOUNTABILITY ACT

Sec.
16-24B-1. Title.
16-24B-2. Definitions.
16-24B-3. Principals in public schools.
16-24B-3.1. Cancellation of principal's contract upon revocation of certificate.
16-24B-4. Principal and contract principal.

Sec.
16-24B-5. Appeals from expedited evidentiary hearing.
16-24B-6. Preliminary Certificate.
16-24B-7. Repealed.
16-24B-8. Teacher opposition of employment action.

### § 16-24B-1. Title.

This chapter shall be known and may be cited as the "Teacher Accountability Act."

**History.** Acts 2000, No. 00-733.
**Effective dates.** Acts 2000, No. 2000-733, effective July 1, 2000.
**Editor's notes.** Acts 2003, 1st Sp. Sess., No. 03-112 would have amended this section. However, Acts 2003, 1st Sp. Sess., No. 03-112, § 4, provided: "This act shall become effective upon its passage and approval by the Governor, or upon its otherwise becoming an act, and ratification by the voters of Alabama of the Constitutional Amendment as contained in House Bill 1 or Senate Bill 6 of the First Special Session of 2003 of the Alabama Legislature. In the event that the Constitutional Amendment contained in House Bill 1 or Senate Bill 6 of the First Special Session of 2003 of the Legislature is not ratified by the voters, then this Act shall be null and void." House Bill 1 was enacted as Acts 2003, No. 03-78, and the proposed constitutional amendment was submitted at the September 9, 2003, election and did not pass; therefore, the 2003 amendment to this section by Acts 2003, No. 03-112 never went into effect.

### NOTES TO DECISIONS

Cited in Walker v. Montgomery County Bd. of Educ., 85 So. 3d 1008, 2011 Ala. Civ. App. LEXIS 293 (Nov. 4, 2011).

### § 16-24B-2. Definitions.

As used in this chapter, the following terms shall have the following meanings:

(1) CHIEF EXECUTIVE OFFICER. The chief administrative officer of the employing board, including the superintendent of any public county or city school system, the President of the Alabama Institute for Deaf and Blind, and the Superintendent of the Department of Youth Services School District.

(2) CONTRACT PRINCIPAL. Includes only those persons hired on or after July 1, 2000, and certified for the position of principal as prescribed by the State Board of Education and who are employed by an employing board as the chief administrator of a school, including a vocational center.

(3) CONTRACT YEAR. Period of contract principal's employment up to 12 months mutually agreed upon by the contract principal and employing board.

(4) DAY. A calendar day. In computing any period of time prescribed or allowed by this chapter, the day of the act or event from which the designated period of time begins to run shall not be included, and the last