Attachment 4

Print Article



Discover the expert in you.

# Employee Rights in Demotion

By Hunkar Ozyasar, eHow Contributor

A number of federal laws protect employees from unfair demotions. In general, a demotion must be justified on the basis of clearly identifiable performance reasons and employee error. Furthermore, demotions cannot target employees based on race or gender.

## Discrimination

The Civil Rights Act of 1964 prohibits discrimination in the workplace on the basis of race, color, religion, sex or national origin. The law covers a variety of workplace issues, including hiring, firing, compensation and demotions. When an employee is demoted, the employer must prove that it did not unfairly target an individual or group of individuals; in other words, there was no discrimination involved.