Attachment #6

(b) No action shall lie for the recovery of damages for the breach of any employment contract of a contract principal in the public schools.

**History.** Acts 2000, No. 00-733.

**Editor's notes.** Acts 2003, 1st Sp. Sess., No. 03-112 would have amended this section. However, Acts 2003, 1st Sp. Sess., No. 03-112, § 4, provided: "This act shall become effective upon its passage and approval by the Governor, or upon its otherwise becoming an act, and ratification by the voters of Alabama of the Constitutional Amendment as contained in House Bill 1 or Senate Bill 6 of the First Special Session of 2003 of the Alabama Legislature. In the event that the Constitutional Amendment contained in House Bill 1 or Senate Bill 6 of the First Special Session of 2003 of the Legislature is not ratified by the voters, then this Act shall be null and void." House Bill 1 was enacted as Acts 2003, No. 03-78, and the proposed constitutional amendment was submitted at the September 9, 2003, election and did not pass; therefore, the 2003 amendment to this section by Acts 2003, No. 03-112 never went into effect.

### § 16-24B-7. Transfers of teachers. (Repealed)

Repealed: Acts 2011, No. 11-270, § 14, effective July 1, 2011.

**Editor's notes.** For law effective for employment actions commenced on or after July 1, 2011, see § 16-24C-7.

**Related statutes.** Acts 2011, No. 11-270, § 14 (codified as § 16-24C-6(n)), in part: "All laws or parts of laws which conflict with this act are repealed. Specifically, portions of the Teacher Tenure Law, consisting of Article 1, commencing with Section 16-24-1, Chapter 24, Title 16; the Fair Dismissal Act, Article 4, commencing with Section 36-26-100, Chapter 26, Title 36; and Section 16-24B-7, Code of Alabama 1975, relating to teacher transfers, are repealed."

Acts 2011, No. 11-270, § 16(b)(1) (codified as § 16-24C-14(b)(1)): "Employees who have attained tenured status under the Teacher Tenure Law [§ 16-24-1 et seq.] or nonprobationary status under the Fair Dismissal Act [§ 36-26-100 et seq.] as of the effective date of this act [July 1, 2011], in the case of tenured teachers, shall be deemed tenured teachers under this act and, in the case of nonprobationary employees within the meaning of the Fair Dismissal Act shall be deemed nonprobationary classified employees under this act. Employees who have not attained tenured status under the Teacher Tenure Law or nonprobationary status under the Fair Dismissal Act as of the effective date of this act shall be subject to the terms and provisions of this act respecting the attainment of teacher tenure or nonprobationary status, and all time in service that would have been credited toward the attainment of either tenure under the Teacher Tenure Law or nonprobationary status under the Fair Dismissal Act shall be credited toward the attainment of tenure or nonprobationary status in the corresponding employment category under this act."

Acts 2011, No. 11-270, § 16(b)(2) (codified as § 16-24C-14(b)(2)): "All employment actions and proceedings that have been initiated under either the Teacher Tenure Law [§ 16-24-1 et seq.] or the Fair Dismissal Act [§ 36-26-100 et seq.] that are pending on the effective date of this act [July 1, 2011] shall be completed under the statutory procedures that were in effect on the date the action or proceeding was commenced."

### § 16-24B-8. Teacher opposition of employment action.

It shall be unlawful for an employing board to cancel or reduce the contract of a teacher, principal, or contract principal or to transfer, reprimand, or discipline a teacher because the teacher opposed any employment action under this chapter or this title.

**History.** Acts 2000, No. 00-733.

#### NOTES TO DECISIONS

**Illustrative cases.**

Where a board of education terminated a principal's contract under Ala. Code § 16-24B-3(e)(1)g due to a decrease in the number of principal positions, the fact that other probationary or contract principals retained