# Employment discrimination

From Wikipedia, the free encyclopedia

*Attachment #7*

**Employment discrimination** (or workplace discrimination or labor market discrimination) is discrimination in hiring, promotion, job assignment, termination, and compensation. It includes various types of harassment.

Many jurisdictions prohibit some types of employment discrimination, often by forbidding discrimination based on certain traits ("protected categories"), such as gender, race, ethnicity.

Earnings differentials or occupational differentiation is not in and of itself evidence of employment discrimination. Discrimination can be intended and involves disparate treatment of a group or unintended, yet create disparate impact for a group.

## Contents

- 1 Definition
- 2 Evidence of employment discrimination
    - 2.1 Statistical evidence
    - 2.2 Evidence from experiments
    - 2.3 Evidence from court cases
- 3 Neoclassical explanations for discrimination
    - 3.1 Tastes for discrimination
    - 3.2 Statistical discrimination
- 4 Non-neoclassical approach on discrimination
    - 4.1 Overcrowding Model
    - 4.2 Institutional Models
        - 4.2.1 The internal labor market
        - 4.2.2 Primary and secondary jobs
- 5 Critique of Neoclassical approach
- 6 Government's efforts to combat discrimination
    - 6.1 The history of government-sanctioned discrimination
    - 6.2 Why the government should intervene to address discrimination?
    - 6.3 Looking at the position of women in World War II U.S. history
    - 6.4 U.S. anti-discrimination laws
        - 6.4.1 Affirmative action
        - 6.4.2 Minimum Wage
- 7 Protected categories
- 8 Legal protection from employment discrimination
- 9 By nation
    - 9.1 Norway
- 10 See also
- 11 Notes
- 12 References
- 13 Further reading

# Definition

In neoclassical economics theory, labor market discrimination is defined as the different treatment of two equally qualified individuals on account of their gender, race, age and disability etc. Discrimination is harmful since it affects the economic outcomes of equally productive workers directly and indirectly through feedback effects.[1] Darity and Mason [1998] summarize that the standard approach used in identifying employment discrimination is to isolate group productivity differences (education, work experience). Differences in outcomes (such as earnings, job placement) that cannot be attributed to worker qualifications is attributed to discriminatory treatment.[2]

In the non-neoclassical view, discrimination is the main source of inequality in the labor market and it is seen in the persistent gender and racial earnings disparity in the U.S.[2] Non-neoclassical economists define discrimination more broadly than neoclassical economists. For example, the feminist economist Deborah Figart [1997] defines labor market discrimination as "a multi-dimensional interaction of economic, social, political, and cultural forces in both the workplace and the family, resulting in different outcomes involving pay, employment, and status" [[3] pp. 237]. That is, discrimination is not only about measurable outcomes but also about unquantifiable consequences. It is important to note that the process is as important as the outcomes.[3] Furthermore, gender norms are embedded in labor markets and shape employer preferences as well worker preferences; therefore, it is not easy to separate discrimination from productivity-related inequality.[4]

Although labor market inequalities have declined after the U.S. Civil Rights Act of 1964, the movement towards equality has slowed down after mid-1970s, especially more in gender terms than racial terms.[2][5] The key issue in the debate on employment discrimination is the persistence of discrimination, namely, why discrimination persists in a capitalist economy.[2]

# Evidence of employment discrimination

### Statistical evidence

Gender earnings gap or the concentration of men and women workers in different occupations or industries in and of itself is not evidence of discrimination.[1] Therefore, empirical studies seek to identify the extent to which earnings differentials are due to worker qualification differences. Many studies find that qualification differences do not explain more than a portion of the earnings differences. The portion of the earnings gap that cannot be explained by qualifications is then attributed to discrimination. One prominent formal procedure for identifying the explained and unexplained portions of the gender wage differentials or wage gap is the Oaxaca-Blinder decomposition procedure.[1][2]

Another type of statistical evidence of discrimination is gathered by focusing on homogenous groups. This approach has the advantage of studying economic outcomes of groups with very similar qualifications.[1]

In a well-known longitudinal study, the University of Michigan Law School (U.S.A.) graduates were surveyed between 1987 and 1993, and later between 1994 and 2000 to measure the changes in the wage gap.[6] The group was intentionally chosen to have very similar characteristics. Although the gap in earnings between men and women was very small immediately after graduation, it widened in 15 years