IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JAMES OWENS,                    )
                                )
      Plaintiff,                )
                                )      CIVIL ACTION NO.
      v.                        )      2:13cv526-MHT
                                )          (WO)
BARBARA THOMPSON, et al.,       )
                                )
      Defendants.               )

OPINION

Plaintiff filed this lawsuit asserting claims of discrimination and retaliation in his employment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss plaintiff's case be granted.  Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of December, 2013.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE